# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PEEK CONSTRUCTION COMPANY,

    Plaintiff,

vs.

TRUCKEE MEADOWS WATER AUTHORITY,

    Defendant,

3:10-CV-00273-RCJ-(VPC)

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FRCP 65**

Plaintiff PEEK CONSTRUCTION COMPANY'S Motion for Preliminary Injunction Against Truckee Meadows Water Authority (Doc #5) came before this Court for hearing on May 13, 2010, with appearances as follows: Leon F. Mead, Esq., on behalf of Plaintiff PEEK CONSTRUCTION COMPANY; Tiffinay Barker Pagni, Esq. and Douglas R. Brown, Esq., on behalf of Defendant TRUCKEE MEADOWS WATER AUTHORITY. The Court having carefully read the points and authorities and considered the arguments of counsel, orders as follows:

IT IS HEREBY ORDERED the Motion for Preliminary Injunction (Doc #5) is DENIED. The Court stated its findings of fact and conclusions of law on the record. A more detailed order consistent with the Court's statement on the record will be prepared and filed at a later date.

///

///

IT IS FURTHER ORDERED that the Temporary Restraining Order is extended to, and will expire on Wednesday, May 19, 2010 at 5:00 p.m.

DATED this __28__ day of ~~May~~ 2010.

JUNE

_____
DISTRICT COURT JUDGE

Submitted By:

_____
Christian L. Moore, Esq.
Nevada State Bar No. 3777
Tiffinay Barker Pagni, Esq.
Nevada State Bar No. 6213
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, NV 89519
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

*ATTORNEYS FOR DEFENDANT*
*TRUCKEE MEADOWS WATER AUTHORITY*